UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:16-cv-24110-UU

DOUG LONGHINI,

    Plaintiffs,

v.

SOUTHLAND MALL PROPERTIES, LLC,

    Defendant.
_____/

## ORDER

THIS CAUSE comes before the Court upon a *sua sponte* examination of the record.

THE COURT has considered the pertinent portions of the record, and is otherwise fully advised in the premises. It is hereby

On October 18, 2016, this Court ordered that Plaintiff show good cause in writing by October 21, 2016 as to why Plaintiff has failed to serve Defendant, and/or failed to file verified proof of service. D.E. 7. In the Order, the Court cautioned that failure to comply with the Order would result in the immediate dismissal of the action without further notice. *Id.* To date, Plaintiff has failed to comply with this Court's Order. Accordingly, it is hereby

ORDERED AND ADJUDGED that all pending claims against Defendant are DISMISSED without prejudice. It is further

ORDERED AND ADJUDGED that this case is CLOSED for administrative purposes.

DONE AND ORDERED in Chambers at Miami, Florida, this 24th day of October, 2016.

                                              _____
                                              UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf